FILED

2011 OCT -7 PM 2:31

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2011 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00955 |
| Plaintiff, | **I N D I C T M E N T** |
| v. | [26 U.S.C. § 7206(1): Subscribing to False Income Tax Return] |
| STEVEN MARK PYBRUM | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[26 U.S.C. § 7206(1)]

1.  At all times relevant to this Indictment:

(a) defendant STEVEN MARK PYBRUM ("defendant PYBRUM") was a Certified Public Accountant who maintained an accounting office in Santa Barbara, California, within the Central District of California, and operated his accounting practice under the names "Pybrum and Company, LLP" and "Family Business Center"; and

(b) defendant PYBRUM also operated the Foundation for Harmony and Happiness, which was a tax-exempt charity pursuant to 26 U.S.C. § 501(c)(3).

EJD:ejd

1  2.  On or about February 26, 2004, in Santa Barbara County, within the Central District of California, and elsewhere, defendant PYBRUM did willfully make and subscribe a United States federal individual income tax return, Form 1040, for the calendar year 1999, which was verified by a written declaration that it was made under the penalties of perjury and that was filed with the Internal Revenue Service on or about February 26, 2004, which return defendant PYBRUM did not believe to be true and correct as to every material matter, in that: (a) the tax return reported total income of "<$33,916>," *i.e.*, a loss of $33,916, on Line 22, whereas, as defendant PYBRUM then well knew and believed, his total income was substantially greater than this reported amount; (b) the Schedule C attached to the tax return reported gross receipts of $5,782 on Line 1, whereas, as defendant PYBRUM then well knew and believed, the gross receipts were substantially greater than this reported amount; and (c) the Schedule E attached to the tax return reported royalties of $20,257 on Line 4, whereas, as defendant PYBRUM then well knew and believed, the royalties were substantially less than this reported amount.

COUNT TWO

[26 U.S.C. § 7206(1)]

3. The Grand Jury hereby repeats and re-alleges paragraph 1 of this Indictment as though fully set forth herein.

4. On or about March 10, 2004, in Santa Barbara County, within the Central District of California, and elsewhere, defendant PYBRUM did willfully make and subscribe a United States federal individual income tax return, Form 1040, for the calendar year 2000, which was verified by a written declaration that it was made under the penalties of perjury and that was filed with the Internal Revenue Service on or about March 10, 2004, which return defendant PYBRUM did not believe to be true and correct as to every material matter, in that: (a) the tax return reported total income of "<$11,391>," *i.e.*, a loss of $11,391, on Line 22, whereas, as defendant PYBRUM then well knew and believed, his total income was substantially greater than this reported amount; (b) the Schedule C attached to the tax return failed to report any gross receipts on Line 1, whereas, as defendant PYBRUM then well knew and believed, the gross receipts were substantially greater than zero; and (c) the Schedule E attached to the tax return reported royalties of $25,425 on Line 4, whereas, as defendant PYBRUM then well knew and believed, the royalties were substantially less than this reported amount.

## COUNT THREE

[26 U.S.C. § 7206(1)]

5. The Grand Jury hereby repeats and re-alleges paragraph 1 of this Indictment as though fully set forth herein.

6. On or about April 5, 2004, in Santa Barbara County, within the Central District of California, and elsewhere, defendant PYBRUM did willfully make and subscribe a United States federal individual income tax return, Form 1040, for the calendar year 2001, which was verified by a written declaration that it was made under the penalties of perjury and that was filed with the Internal Revenue Service on or about April 5, 2004, which return defendant PYBRUM did not believe to be true and correct as to every material matter, in that: (a) the tax return reported total income of $17,868 on Line 22, whereas, as defendant PYBRUM then well knew and believed, his total income was substantially greater than this reported amount; (b) the Schedule C attached to the tax return reported gross receipts of $4,956 on Line 1, whereas, as defendant PYBRUM then well knew and believed, the gross receipts were substantially greater than this reported amount; and (c) the Schedule E attached to the tax return reported royalties of $27,203 on Line 4, whereas, as defendant PYBRUM then well knew and believed, the royalties were substantially less than this reported amount.

## COUNT FOUR

[26 U.S.C. § 7206(1)]

7. The Grand Jury hereby repeats and re-alleges paragraph 1 of this Indictment as though fully set forth herein.

8. On or about May 12, 2004, in Santa Barbara County, within the Central District of California, and elsewhere, defendant PYBRUM did willfully make and subscribe a United States federal individual income tax return, Form 1040, for the calendar year 2002, which was verified by a written declaration that it was made under the penalties of perjury and that was filed with the Internal Revenue Service on or about May 12, 2004, which return defendant PYBRUM did not believe to be true and correct as to every material matter, in that: (a) the tax return reported total income of $27,393 on Line 22, whereas, as defendant PYBRUM then well knew and believed, his total income was substantially greater than this reported amount; (b) the Schedule C attached to the tax return reported gross receipts of $2,705 on Line 1, whereas, as defendant PYBRUM then well knew and believed, the gross receipts were substantially greater than this reported amount; and (c) the Schedule E attached to the tax return reported royalties of $27,588 on Line 4, whereas, as defendant

//
//
//
//
//
//
//

PYBRUM then well knew and believed, the royalties were substantially less than this reported amount.

A TRUE BILL

/S/
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

*R. E. Dugan*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

BEONG-SOO KIM
Assistant United States Attorney
Chief, Major Frauds Section

RANEE A. KATZENSTEIN
Assistant United States Attorney
Deputy Chief, Major Frauds Section

EVAN J. DAVIS
Assistant United States Attorney
Major Frauds Section